**MONARCH MANUFACTURING COMPANY and Gardner Fibre Company, Defendants-Appellants, v. Levi H. GREENWOOD, Otto W. Siebert, and William E. Holman, Plaintiffs-Appellees.**

Circuit Court of Appeals, Third Circuit.
January 11, 1929.

No. 3908.

Drury W. Cooper and Thomas J. Byrne, both of New York City, for appellants.

Charles Neave, of New York City, Harrison F. Lyman, of Boston, Mass., Arthur William Nelson, of Chicago, Ill., and Henry R. Ashton, of New York City, for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge. This case involves no legal questions or principles; the decisive issue being whether the patent involved invention. The patent was thoroughly discussed by Judge Bodine, and his reasons for holding it valid and infringed are summarized in his opinion. Finding ourselves in accord with the conclusion he reached, a further discussion by this court would simply be an effort to put in different language what he has already so well said. We therefore limit ourselves to affirming the decree on his opinion.